```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
MARSH & MCLENNAN AGENCY LLC,                             :
                                                         :
                            Plaintiff,                   :
                                                         :
          - against -                                    :
                                                         :
                                                         :
ELMER "RICK" FERGUSON,                                   :
                                                         :
                            Defendant.                   :
                                                         :
---------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2019

19-CV-3837 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 30, 2019, Plaintiff submitted an Order to Show Cause for a Temporary Restraining Order and a Preliminary Injunction, along with a memorandum of law and other papers in support.  Accordingly, it is hereby

ORDERED that a conference shall be held on Plaintiff's application on May 2, 2019 at 9:00 a.m. in courtroom 518 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

IT IS FURTHER ORDERED that Defendant may file any written material in response to Plaintiff's application on or before May 1, 2019 at 5:30 p.m.

IT IS FUTHER ORDERED that Plaintiff's counsel shall serve a copy of this Order, along with Plaintiff's papers in support of its application for a temporary restraining order and a preliminary injunction, on Defendant's counsel on or before May 1, 2019 at 12:00 p.m.

SO ORDERED.

Dated: April 30, 2019
New York, New York

_____
Vernon S. Broderick
United States District Judge