

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298


A. Michael Weber
212.583.2660 direct
212.583.9600 main
212.832.2719 fax
mweber@littler.com

May 10, 2019


**VIA ECF**

Hon. Vernon S. Broderick, U.S.D.J.
United State District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     Marsh & McLennan Agency LLC v. Ferguson, Case No. 19-cv-03837

Dear Judge Broderick:

Plaintiff writes with Defendant's consent and agreement to submit a proposed briefing schedule prior to the preliminary injunction hearing, as required by the Court's Order dated May 9, 2019 (Dkt 10).  The parties have agreed on the following proposed briefing schedule: Defendant's Opposition to be due on June 7, with Plaintiff's Reply due on June 21, with the Court to set the preliminary injunction hearing thereafter.

Respectfully Submitted,

Daniella Adler

DEA