UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
           :
MARSH & MCLENNAN AGENCY LLC,    :
           :
          Plaintiff,    :
           :    19-CV-3837 (VSB)
   - against -    :
           :    **ORDER**
           :
ELMER "RICK" FERGUSON,    :
           :
         Defendant.   :
           :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2019

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' joint letter dated May 9, 2019.  (Doc. 12.)   Accordingly, it is hereby

      ORDERED that my previous Order dated May 9, 2019, (Doc. 10), shall remain in effect until the preliminary junction hearing is held in this matter.

      IT IS FURTHER ORDERED that Plaintiff shall be permitted to seek discovery from Defendant on an expedited basis and take the deposition of Defendant, on or before May 24, 2019.  Defendant shall respond to limited document requests pursuant to Fed. R. Civ. P. 34, and, within ten days of the date of this Order, the parties shall meet and confer to establish a protocol for and to carry-out the forensic inspection of Defendant's personal computer, his personal cellphone, any cloud or internet based document storage used in a personal capacity, and his personal email account(s).

      IT IS FURTHER ORDERED that the parties shall submit briefs pertaining to the threshold issues outlined by Defendant, including whether this matter is subject to FINRA's arbitration requirements, on the following schedule:  Defendant's brief shall be filed on or before

May 29, 2019, Plaintiff's opposition shall be filed on or before June 7, 2019, and Defendant's reply, if any, shall be filed on or before June 21, 2019.

SO ORDERED.

Dated: May 19, 2019
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge