**OUTTEN & GOLDEN LLP**
Nicholas H. Sikon
Aliaksandra Ramanenka
685 Third Avenue, 25th Floor
New York, New York 10017
(212) 245-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARSH & MCLENNAN AGENCY LLC,<br><br>   Plaintiff,<br><br>-against-<br><br>ELMER "RICK" FERGUSON,<br><br>   Defendant. | No. 19-cv-03837 (VSB) |

**NOTICE OF UNOPPOSED MOTION FOR LEAVE
TO WITHDRAW AS COUNSEL FOR DEFENDANT**

**PLEASE TAKE NOTICE** that upon the Declaration of Nicholas H. Sikon, which is served to Defendant Elmer "Rick" Ferguson and Plaintiff Marsh & McLennan Agency LLC contemporaneously with this Notice, and such further evidence and argument as the Court may permit, Defendant's counsel, Outten & Golden LLP, shall move before the Honorable Vernon S. Broderick, United States District Court Judge for the Southern District of New York, at the Courthouse located at 40 Foley Square, Courtroom 518, New York, NY 10007, on September 13, 2019, or as soon thereafter as counsel may be heard, for an Order granting Outten & Golden LLP leave to withdraw as Defendant's counsel in this matter pursuant to Local Civil Rule 1.4.

Defendant consents to and Plaintiff does not oppose this motion.

Dated: August 30, 2019  
New York, New York

Respectfully submitted,

*/s Nicholas H. Sikon*
Nicholas H. Sikon
Aliaksandra Ramanenka
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, New York 10017
Phone: (212) 245-1000
Email: nsikon@outtengolden.com
           aramanenka@outtengolden.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Nicholas H. Sikon, certify that on this 30th day of August 2019, I electronically filed the foregoing document, along with the Declaration of Nicholas H. Sikon with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Plaintiff by electronically serving their counsel of record. I have also served these documents upon Defendant Elmer "Rick" Ferguson by electronic mail pursuant to Mr. Ferguson's prior written consent to receive service from Outten & Golden LLP via electronic mail.

/s/ *Nicholas H. Sikon*
Nicholas H. Sikon