**RECEIVED SEP 19 2019 PRO SE OFFICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Marsh & McLennan Agency LLC |
|---|
| Marsh & McLennan Agency LLC |
| Plaintiff(s), |
| -against- |
| Elmer "Rick" Ferguson |
| Elmer "Rick" Ferguson |
| Defendant(s). |

Docket No: __19__ CV __3837__ ( VSB )( )

NOTICE OF PRO SE APPEARANCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-19-19

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

Ferguson, Elmer, R                              ☐ Plaintiff
                                                 ☑ Defendant
**Name (Last, First, MI)**

753 Mills Ave    San Bruno    CA    94066
**Address**    **City**    **State**    **Zip Code**

619-980-2074    ferguson_r@hotmail.com
**Telephone Number**    **e-mail address**

9/13/19    *[signature]*
**Date**    **Signature**





