# EXHIBIT E
# TO BE FILED UNDER SEAL
# PENDING JUDGE'S ORDER