## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

MARSH & MCLENNAN AGENCY LLC,
                    Plaintiff,
        -against-                                    No. 19-cv-03837 (VSB)

ELMER "RICK" FERGUSON,

                    Defendant.

---

## SUPPLMENTAL POST-EVIDENTIARY HEARNING SUBMISSION IN FURTHER SUPPORT OF DEFENDANT'S OBJECTIONS FOR AUTHENTICTY AND MOTION TO DISMISS

---



Defendant Elmer "Rick" Ferguson ("Defendant" or "Mr. Ferguson") respectfully asks the Court to accept the attached Declaration and Exhibit A, a true copy of an internal change form from Defendants company file given to Defendant previously by Plaintiff, and referenced by Plaintiff witness declaration of William J. Peartree.

Plaintiff submitted (docket document #105) a Declaration of William J. Peartree dated December 20, 2019, with an Exhibit B (docket document #105-2), purported to be a true and accurate copy of "...an internal change form and a Client Service Executive Bonus Plan document reflecting the change..." (Decl W.J. Peartree, line 11)

The subject matter of Mr. Peartree's Declaration and related Exhibit is only vaguely related to Plaintiff's complaints, intended only to falsely smear Defendant's reputation, and is appropriately the subject of matters filed with FINRA for arbitration regarding the document authenticity and past payments due to Defendent. But this document submitted by Plaintiff is relevant in that from a basic comparison of the original document attached here as Exhibit A, and Mr. Peartree Declaration's altered Exhibit B, it is clear that Plaintiff continues to submit maliciously alter documents and falsify evidence.

Defendant again objects to Plaintiff's documents on grounds of authenticity, and again Motions the Court for dismissal of all Plaintiff's motions and requests for reasons already stated and submitted.

Dated: January 9, 2020
San Bruno, CA

Respectfully submitted,

/s Elmer R. Ferguson
Elmer R. Ferguson
Defendant, Pro Se
753 Mills Ave, San Bruno, CA 94066

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MARSH & MCLENNAN AGENCY LLC,
           Plaintiff,
    -against-

ELMER "RICK" FERGUSON,

           Defendant.

No. 19-cv-03837 (VSB)

**SUPPLMENTAL DECLARATION OF
ELMER FERGUSON**

Elmer Ferguson, declares pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury that the following is true and correct:

1.  The attached Exhibit A is a true and accurate copy of an internal change form given to me by Marsh & McLennan Agency when I requested a copy of my company file.

Dated: January 9, 2020

San Francisco CA

Elmer Ferguson

RECEIVED JAN 15 2020 PRO SE OFFICE

1

**Supplemental Declaration of Elmer Ferguson dated January 9, 2020**

**Exhibit A**

**MMA Internal Change Form Original Copy**

1049504

## PERSONNEL CHANGE NOTICE

**CONFIDENTIAL**

Name  Ferguson        Rick
     Last     First, Middle Initial

Social Security # _____

Indicate change by checking appropriate box(es).

☐ Name Change

Effective Date of Change _____

New Name _____
    Last     First, Middle Initial

Reason for Change _____

☐ Change in Marital Status

Effective Date of Change _____

Marital Status   ☐ Single   ☐ Married   ☐ Divorced

☐ Change in Pay Rate   ☐ Promotion   ☐ Transfer   Effective Date of Change  1/1/15

**Current Information**
Job Title: Client Executive Sales   M44F10

Supervisor / Dept.: Jeff Calder / EB Retirement
   Services in Walnut Creek office
Exempt or Non-Exempt:  Exempt

Pay Rate: $84,984 draw/yr + 10% earned net new revenue

Time and a Half Pay Rate: $
Double Time Pay Rate: $

**New Information**
Job Title:  Client Executive Service   IPE012

Supervisor / Dept.:  SAME

Exempt or Non-Exempt:  Exempt

Pay Rate: $90,000 salary/yr + bonus plan (see 'other' information below)

Time and a Half Pay Rate: $
Double Time Pay Rate: $

Next Review Date:

Retro pay calculation
Amount of Increase

| Pay Per End | Hrs Worked | Amt. of Inc. |
|---|---|---|
|  |  |  |
|  |  |  |

Total Retro Due _____

☒ Other (please explain)

Rick is eligible for two types of bonuses:
1. the standard CE Service Bonus Plan attached to this change form
2. the additional bonus described in the Addendum noted in the CE Service Bonus Plan

IMPORTANT NOTE REGARDING BONUS PLAN: Under this bonus structure, Rick is bonused twice on the same client:
- once for being predominately responsible to engage a new Retirement Services prospect and then working with a Salesperson who is registered with SagePoint to obtain the broker of record letter.
- again for servicing these same clients under the "Book Target" component of the annual Client Executive Service Bonus plan as his book is credited with these new clients he assisted in bringing to B&B.

Signatures:

Supervisor _____
Date  3/9/15

Human Resources  Dawn Blinco
Date  3/9/15



FedEx Express

ORIGIN ID:BWCA   (650) 871-6251
RICK FERGUSON

1212H EL CAMINO REAL

SAN BRUNO, CA 94066
UNITED STATES US

TO US DISTRICT COURT SOUTHERN
PRO SE INTAKE UNIT
500 PEARL ST
STE 200
NEW YORK NY 10007
(619) 980-2074
INV PKG ID: 149317
PO:
REF: RICK FERGUSON
DEPT:

SHIP DAT
ACTWGT:
CAD: 114

BILL SEN

TRK# 7795 6085 9966
0201

H2 PCTA

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the Regulations. Diversion contrary to law is prohibited