UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
          :
MARSH AND MCLENNAN AGENCY LLC,  :
          :
          Plaintiff,  :
          :     19-CV-3837 (VSB)
    -against-      :
          :     **ORDER**
ELMER RICK FERGUSON,  :
          :
          Defendant.  :
          :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      In light of my July 2, 2021 Opinion & Order, (Doc. 110), and given that there have been no further filings in this action since that Opinion & Order, it is hereby

      ORDERED that by July 26, 2022, the parties must file a joint status letter of no more than two pages speaking to the status of the arbitration and whether this action needs to remain open or whether it can be dismissed.

      The Clerk of Court is directed to mail a copy of this order to the pro se Defendant.

SO ORDERED.

Dated: July 5, 2022
      New York, New York

                                              Vernon S. Broderick
                                              United States District Judge