UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
MARSH AND MCLENNAN AGENCY                                   :
LLC,                                                        :
                                                           :
                              Plaintiff,                   :          19-CV-3837 (VSB)
                                                           :
            -against-                                      :          **ORDER**
                                                           :
ELMER RICK FERGUSON,                                       :
                                                           :
                              Defendant.                   :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On July 5, 2022, I ordered the parties to file a joint status letter by July 26, 2022 (Doc. 111) and the parties failed to do so.  Accordingly, it is hereby:

ORDERED that by August 5, 2022, the parties file a joint status letter of no more than two pages speaking to the status of arbitration and whether this action needs to remain open or whether it can be dismissed.  Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  July 29, 2022
        New York, New York

                                          Vernon S. Broderick
                                          United States District Judge