UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARSH AND MCLENNAN AGENCY LLC,    :
                                                            :
                                        Plaintiff,          :
                                                            :                 19-CV-3837 (VSB)
                        -against-                           :
                                                            :                 **ORDER**
ELMER RICK FERGUSON,                                        :
                                                            :
                                        Defendant.          :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On September 2, 2022, I directed Defendant Ferguson to file a joint letter on behalf of all

parties describing the final outcome or status of arbitration.  (Doc. 116).  On October 3, 2022,

Defendant Ferguson emailed my chambers indicating that his ECF account was temporarily

disabled and attached a letter stating that the FINRA Arbitration panel still had not issued a

decision in this matter.  Defendant indicated that he had not heard back from Plaintiff at the time

he emailed my chambers.  To date, Defendant has not filed this letter on the docket.

Accordingly, it is hereby

      ORDERED that Defendant Ferguson file on the docket the October 3, 2022 letter emailed

to my chambers.

      IT IS FURTHER ORDERED that by November 17, 2022, the parties file a joint status

letter of no more than two pages speaking to the status of the arbitration and whether this action

needs to remain open or whether it can be dismissed.

      The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se*

Defendant.

SO ORDERED.

Dated:  November 9, 2022
        New York, New York

Vernon S. Broderick
United States District Judge