UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                            :

MARSH AND MCLENNAN AGENCY    :
LLC,                                   :
                            :
                  Plaintiff,    :           19-CV-3837 (VSB)
                            :
        -against-            :           **ORDER**
                            :

ELMER RICK FERGUSON,       :
                            :
                  Defendant.  :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On November 16, 2022, I ordered the parties to file a joint status letter by May 1, 2023

(Doc. 120) and the parties failed to do so.  Accordingly, it is hereby:

      ORDERED that by May 16, 2023, the parties file a joint status letter of no more than two

pages regarding the status of arbitration and whether this action needs to remain open.  Failure to

do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  May 11, 2023
       New York, New York

                             Vernon S. Broderick
                             United States District Judge