```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MARSH AND MCLENNAN AGENCY LLC,                              :
                                                            :
                        Plaintiff,                          :
                                                            :           19-CV-3837 (VSB)
              -against-                                     :
                                                            :                 ORDER
ELMER RICK FERGUSON,                                        :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Today, I held a telephonic conference in this case. In accordance with my comments made during the conference, the parties are hereby

  ORDERED to abide by the following deadlines: Plaintiff's and Defendant's opening briefs shall be filed on or before November 21, 2023. Plaintiff's and Defendant's opposition briefs shall be filed on or before December 4, 2023. Plaintiff's and Defendant's reply briefs shall be filed on or before December 11, 2023.

  The Clerk of Court is directed to mail a copy of this order to the pro se Defendant.

SO ORDERED.

Dated: October 31, 2023
    New York, New York

                  *Vernon Broderick* (signature)
                  Vernon S. Broderick
                  United States District Judge