```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
MARSH AND MCLENNAN AGENCY LLC,                           :
                                                         :
                              Plaintiff,                 :
                                                         :          19-CV-3837 (VSB)
               -against-                                 :
                                                         :              ORDER
ELMER RICK FERGUSON,                                     :
                                                         :
                              Defendant.                 :
                                                         :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On July 2, 2021, I issued an Opinion & Order resolving Plaintiff's motion for a preliminary injunction, Defendant's motion to dismiss, and Defendant's motion to compel arbitration. (*See* Doc. 110.) In accordance with the purported confidentiality of Plaintiff's supporting materials, (*see* Doc. 107), I filed the Opinion & Order under seal, accessible only to the Court and the parties. The Opinion & Order, however, is a judicial document to which the public enjoys a presumptive right of access. *See, e.g.*, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 121 (2d Cir. 2006). Accordingly, it is hereby:

ORDERED that no later than March 5, 2025, the parties meet and confer and submit a proposed redacted version of the Opinion & Order that may be filed on the public docket. If the parties fail to respond to this order, I will order the Opinion & Order be unsealed in its entirety.

The parties are separately advised that the Court is in receipt of the pending motions at Docs. 126, 129, and 133 and a decision or decisions will issue in due course.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Defendant.

SO ORDERED.

Dated: February 24, 2025
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge